**E-FILED on** 1/03/11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERT C. THOMPSON, | No. C-08-04150 RMW |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security | |
| Defendant. | |

The parties' arguments having been considered and a decision having been rendered, IT IS HEREBY ORDERED that judgment be entered for Defendant Commissioner and against Plaintiff Albert C. Thompson and that Plaintiff take nothing by way of his complaint.

DATED: 1/03/11

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-08-04150 RMW
JLR